NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

05-96

OUPAC, INC. D/B/A OUPAC FINANCIAL SERVICES

VERSUS

ALLSTAR GMC-PONTIAC

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 2003-3338
HONORABLE WILFORD D. CARTER, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

ULYSSES GENE THIBODEAUX
CHIEF JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Sylvia R. Cooks, and J. David Painter, Judges.

AFFIRMED.

P. David Olney
P. O. Box 1765
Lake Charles, LA 70602
Telephone: (337) 436-6648
COUNSEL FOR:
    Defendant/Appellee - Allstar GMC-Pontiac

Gregory Joseph Spicer
2901 Hodges Street - Suite A
Lake Charles, LA 70601
Telephone: (337) 436-1463
COUNSEL FOR:
    Plaintiff/Appellant - Oupac, Inc.